# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2012

144274

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHRISTOPHER MICHAEL MEISSNER,
    Defendant-Appellant.

SC: 144274
COA: 298780
Oakland CC: 2010-230802-FH

_____/

On order of the Court, the application for leave to appeal the October 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2012

Clerk

p0613